**ANDERSEN & BEEDE, LLC**
Michael N. Beede, Esq.
Nevada Bar No. 13068
Email: *mike@aandblaw.com*
3199 E. Warm Springs Rd., Ste. 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax: 702-825-2824
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| GF INVESTMENTS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC D/B/A/ MR. COOPER; RIVERSOURCE LIFE INSURANCE COMPANY; JOSEPH A. ALBANO; DEBRA M. ALBANO; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:23-cv-00145-APG-VCF<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS RESPONSE TO NATIONSTAR MORTGAGE LLC, DBA MR. COOPER'S MOTION TO DISMISS [ECF NO. 7] AND TO EXPUNGE THE LIS PENDENS [ECF NO. 8]**<br><br>**(FIRST REQUEST)** |

    Plaintiff, GF Investments LLC (hereinafter "Plaintiff"), by and through its attorney of record, Michael N. Beede, Esq. of the law firm Andersen & Beede, LLC; and Defendant Nationstar Mortgage LLC, dba Mr. Cooper ("Nationstar"), by and through its attorney of record, Brody R. Wight, Esq. of the law firm Troutman Pepper Hamilton Sanders LLP, hereby stipulate as follows:

    The parties agree to extend the deadline for Plaintiff to file its response to Nationstar's Motion to Dismiss (ECF No. 7) and to Expunge the Lis Pendens (ECF No. 8) from February 16, 2023 to March 2, 2023.

    This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 14th day of February, 2023.

ANDERSEN & BEEDE, LLC

*/s/ Michael Beede*
Michael N. Beede, Esq.
Nevada Bar No. 13068
3199 E. Warm Springs Rd., Ste. 400
Las Vegas, Nevada 89120
*Attorney for Plaintiff, GF Investments LLC*

DATED this 14th day of February, 2023.

TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/ Brody R. Wight*
Brody R. Wight, Esq.
Nevada Bar No. 13615
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
*Attorney for Defendant, Nationstar Mortgage LLC, dba Mr. Cooper*

## ORDER

IT IS SO ORDERED.

Dated this 15th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE