**ANDERSEN & BEEDE, LLC**
Michael N. Beede, Esq.
Nevada Bar No. 13068
Email: *mike@aandblaw.com*
3199 E. Warm Springs Rd., Ste. 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:     702-825-2824
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| GF INVESTMENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC D/B/A/ MR. COOPER; RIVERSOURCE LIFE INSURANCE COMPANY; JOSEPH A. ALBANO; DEBRA M. ALBANO; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00145-APG-VCF<br><br>**STIPULATION AND ORDER REGARDING DEFENDANTS JOSEPH A. ALBANO'S AND DEBRA M. ALBANO'S INTEREST IN REAL PROPERTY AND DISMISSAL WITH PREJUDICE** |

Plaintiff, GF Investments LLC (hereafter "Plaintiff") and Defendants Joseph A. Albano and Debra M. Albano (hereafter, collectively "Defendants"), by and through their respective undersigned counsel hereby stipulate as follows:

1.  Plaintiff alleges it is the record owner of that certain real property commonly known as 10809 Garden Mist Drive, #2058, Las Vegas, NV 89135 and bearing Clark County Assessor's Parcel Number 164-13-217-052 (hereinafter, "The Property").

2.  Defendant Joseph A. Albano acquired an interest to The Property by way of a Quitclaim Deed, recorded on October 14, 2003 with the Clark County Recorder's office as Instrument No. 20031014-02809.

3. On January 3, 2006, Defendants Joseph A. Albano and Debra M. Albano recorded a Quitclaim Deed conveying interest to the Property to Joseph A. Albano and Debra M. Albano as husband and wife with the Clark County Recorder's office as Instrument No. 20060103-0002202.

4. On November 28, 2012, Red Rock Financial Services purportedly conducted an HOA foreclosure sale of the Property. A Foreclosure Deed (the "HOA Foreclosure Deed") was recorded on December 21, 2012 as Instrument No. 201212210002998 in the Official Records of Clark County, Nevada conveying the property to Garden Terrace Homeowners Association.

5. Title to the Property was conveyed to Plaintiff by way of a Quitclaim Deed, recorded on October 27, 2020 with the Clark County Recorder's office as Instrument No. 20201027-0001740.

6. On December 7, 2022, Plaintiff filed a Complaint for Quiet Title (hereinafter the "Action"), seeking a declaration that Plaintiff owns the Property free and clear of all liens and encumbrances of each of the named defendants in the Action.

7. The HOA Sale evidenced by Clark County Recorder's Instrument No. 201212210002998 extinguished any interest in the Property previously held by Joseph A. Albano and Debra M. Albano.

8. On February 16, 2023, Defendants Joseph A. Albano and Debra M. Albano filed a Motion to Dismiss the Complaint (the "Motion") based upon Federal Rules of Civil Procedure 12(b)(6) and 12(b)(2). The Motion is currently pending before this Honorable Court.

9. In consideration for dismissal with prejudice of all claims asserted by Plaintiff in the Action in their entirety, Joseph A. Albano and Debra M. Albano hereby disclaim any present right, title, estate, lien, claim, or interest in The Property located at 10809 Garden Mist Drive, #2058, Las Vegas, NV 89135 and bearing Clark County Assessor's Parcel Number 164-13-217-052, including without limitation, any interest associated with Instrument No. 20060103-0002202.

10. Plaintiff's claims against Defendants Joseph A. Albano and Debra M. Albano shall be dismissed in their entirety, and with prejudice.

11. Each Party shall bear their own attorney's fees and costs.

Dated this 28th day of February, 2023.

ANDERSEN & BEEDE, LLC

 /s/ Michael Beede
Michael Beede, Esq.
Nevada Bar No. 13068
3199 E Warm Springs Road, Suite 400
Las Vegas, NV, 89120
*Attorney for Plaintiff, GF Investments LLC*

Dated this 28th day of February, 2023.

TALG, NV, LTD.

 /s/ Marian L. Massey
Ismail Amin, Esq.
Nevada Bar No. 9343
Marian L. Massey, Esq.
Nevada Bar No. 14579
5852 S. Durango Dr., Suite 105
Las Vegas, NV 89113
*Attorneys for Defendants Joseph A. Albano and Debra M. Albano*



## ORDER

The Court, having reviewed the foregoing Stipulation of the parties, and good cause appearing, the Stipulation is hereby **GRANTED**.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants Joseph A. Albano's and Debra M. Albano's right, title, estate, lien, claim, or interest in the Property located at 10809 Garden Mist Drive, #2058, Las Vegas, NV 89135 (Clark County Assessor's Parcel Number 164-13-217-052) is extinguished and the Defendants shall be hereafter barred and enjoined from asserting any right, title, estate, lien, interest or claim, thereto.

**IT IS FURTHER ORDERED** that the Defendants Joseph A. Albano and Debra M. Albano shall be dismissed from the Action with prejudice, with each Party to bear their own attorney's fees and costs.

**IT IS FURTHER ORDERED** that the Motion to Dismiss filed by Defendants Joseph A. Albano and Debra M. Albano on February 16, 2023 is hereby denied as moot.

IT IS SO ORDERED:

Dated: March 1, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE