**ANDERSEN & BEEDE, LLC**
Michael N. Beede, Esq.
Nevada Bar No. 13068
Email: *mike@aandblaw.com*
3199 E. Warm Springs Rd., Ste. 400
Las Vegas, Nevada 89120
Phone:  702-522-1992
Fax:       702-825-2824
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| GF INVESTMENTS LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC D/B/A/ MR. COOPER; RIVERSOURCE LIFE INSURANCE COMPANY; JOSEPH A. ALBANO; DEBRA M. ALBANO; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:23-cv-00145-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS RESPONSE TO NATIONSTAR MORTGAGE LLC, DBA MR. COOPER'S MOTION TO DISMISS [ECF NO. 7] AND TO EXPUNGE THE LIS PENDENS [ECF NO. 8]**<br><br>**(SECOND REQUEST)** |

　　　　Plaintiff, GF Investments LLC (hereinafter "Plaintiff"), by and through its attorney of record, Michael N. Beede, Esq. of the law firm Andersen & Beede, LLC; and Defendant Nationstar Mortgage LLC, dba Mr. Cooper ("Nationstar"), by and through its attorney of record, Brody R. Wight, Esq. of the law firm Troutman Pepper Hamilton Sanders LLP, hereby stipulate as follows:

　　　　The Parties previously stipulated (ECF No. 10) to extend the deadline for Plaintiff to file its response to Nationstar's Motion to Dismiss (ECF No. 7) and to Expunge the Lis Pendens (ECF No. 8) from February 16, 2023 to March 2, 2023. The Court entered an order (ECF No. 11) consistent with the Parties' stipulation on February 15, 2023.

1  The Parties agree to further extend the deadline for Plaintiff to file its response to Nationstar's Motion to Dismiss (ECF No. 7) and to Expunge the Lis Pendens (ECF No. 8) from March 2, 2023 to March 23, 2023.

The Parties agree that Nationstar shall have until April 6, 2023, to file any reply to the motions.

This is the Parties' second request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 1st day of March, 2023.

ANDERSEN & BEEDE, LLC

/s/ Michael Beede
Michael N. Beede, Esq.
Nevada Bar No. 13068
3199 E. Warm Springs Rd., Ste. 400
Las Vegas, Nevada 89120
*Attorney for Plaintiff, GF Investments LLC*

DATED this 1st day of March, 2023.

TROUTMAN PEPPER HAMILTON SANDERS LLP

/s/ Brody R. Wight
Brody R. Wight, Esq.
Nevada Bar No. 13615
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
*Attorney for Defendant, Nationstar Mortgage LLC, dba Mr. Cooper*

**ORDER**

IT IS SO ORDERED.

Dated this 20th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and that I am not a party to, nor interested in, this action. On the 1st day of March, 2023, I caused a true and correct copy of the foregoing **STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS RESPONSE TO NATIONSTAR MORTGAGE LLC, DBA MR. COOPER'S MOTION TO DISMISS [ECF NO. 7] AND TO EXPUNGE THE LIS PENDENS [ECF NO. 8] (SECOND REQUEST)** to be served upon each of the parties involved in this litigation by the method indicated:

\_\_\_  U.S. Mail

\_\_\_  U.S. Certified Mail

\_\_\_  Facsimile Transmissions

\_\_\_  Federal Express

_X_  Electronic Service via CM/ECF

\_\_\_  E-Mail

                              */s/ Amanda Abril*
                              An Employee of Andersen & Beede, PLLC