**ANDERSEN & BEEDE, LLC**
Michael N. Beede, Esq.
Nevada Bar No. 13068
Email: *mike@aandblaw.com*
3199 E. Warm Springs Rd., Ste. 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| GF INVESTMENTS LLC,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC D/B/A/ MR. COOPER; RIVERSOURCE LIFE INSURANCE COMPANY; JOSEPH A. ALBANO; DEBRA M. ALBANO; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. 2:23-cv-00145-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS RESPONSE TO NATIONSTAR MORTGAGE LLC, DBA MR. COOPER'S MOTION TO DISMISS [ECF NO. 7] AND TO EXPUNGE THE LIS PENDENS [ECF NO. 8]**<br><br>**(THIRD REQUEST)** |

Plaintiff, GF Investments LLC (hereinafter "Plaintiff"), by and through its attorney of record, Michael N. Beede, Esq. of the law firm Andersen & Beede, LLC; and Defendant Nationstar Mortgage LLC, dba Mr. Cooper ("Nationstar"), by and through its attorney of record, Brody R. Wight, Esq. of the law firm Troutman Pepper Hamilton Sanders LLP, hereby stipulate as follows:

The Parties previously stipulated (ECF No. 19) to extend the deadline for Plaintiff to file its response to Nationstar's Motion to Dismiss (ECF No. 7) and to Expunge the Lis Pendens (ECF No. 8) from March 2, 2023 to March 23, 2023. The Court entered an order (ECF No. 20) consistent with the Parties' stipulation on March 20, 2023.

1  The Parties agree to further extend the deadline for Plaintiff to file its response to
2  Nationstar's Motion to Dismiss (ECF No. 7) and to Expunge the Lis Pendens (ECF No. 8) from
3  March 23, 2023 to April 6, 2023.

4  The parties agree that Nationstar shall have until April 20, 2023, to file any reply to the
5  motions.

6  This is the Parties' third request for an extension and is not intended to cause any delay
7  or prejudice to any party.

8  IT IS SO STIPULATED.

9  DATED this 22nd day of March, 2023.                    DATED this 22nd day of March, 2023.

10  ANDERSEN & BEEDE, LLC                                  TROUTMAN PEPPER HAMILTON SANDERS LLP

11
   /s/ Michael Beede                                      /s/ Brody R. Wight
12  Michael N. Beede, Esq.                                 Brody R. Wight, Esq.
   Nevada Bar No. 13068                                   Nevada Bar No. 13615
13  3199 E. Warm Springs Rd., Ste. 400                     8985 S. Eastern Ave., Ste. 200
   Las Vegas, Nevada 89120                                Las Vegas, NV 89123
14  *Attorney for Plaintiff, GF Investments*               *Attorney for Defendant, Nationstar Mortgage*
   *LLC*                                                  *LLC, dba Mr. Cooper*

**ORDER**

IT IS SO ORDERED.

Dated this  23rd  day of   March   , 2023.

_____
UNITED STATES DISTRICT JUDGE