UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GF INVESTMENTS LLC, | Case No.: 2:23-cv-00145-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| NATIONSTAR MORTGAGE LLC, et al., | |
| Defendants | |

Defendant Nationstar Mortgage LLC removed this action from state court based on diversity jurisdiction. ECF No. 1.  It is unclear whether there was complete diversity at the time the complaint was filed and when the case was removed.  As a limited liability company, plaintiff GF Investments LLC "is a citizen of every state of which its owners/members are citizens" *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). GF's certificate of interested parties does not comply with Federal Rule of Civil Procedure 7.1(a)(2) because it does not identify the citizenship of GF's members as required by the recent amendment to that rule. ECF No. 6.  Defendant Nationstar's certificate also does not identify its citizenship, although Nationstar sets out its citizenship in the notice of removal. ECF Nos. 1 at 3; 2.  Additionally, GF has not addressed the fraudulent joinder arguments in Nationstar's notice of removal with respect to defendants Joseph A. Albano, Debra M. Albano, and Riversource Life Insurance Company.

I THEREFORE ORDER that by April 14, 2023, plaintiff GF Investments LLC must file a corrected certificate of interested parties that complies with Federal Rule of Civil Procedure 7.1(a)(2).

I FURTHER ORDER that by April 28, 2023, plaintiff GF Investments LLC must respond to the assertion in the notice of removal that defendants Joseph A. Albano, Debra M. Albano, and Riversource Life Insurance Company were fraudulently joined such that their citizenship should be ignored for diversity purposes.

I FURTHER ORDER that by April 28, 2023 plaintiff GF Investments LLC must either file proper proof of service or show good cause why such service was not timely made on defendant Riversource Life Insurance Company.

DATED this 6th day of April, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE