**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GF INVESTMENTS LLC, | Case No.: 2:23-cv-00145-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| NATIONSTAR MORTGAGE LLC, et al., | |
| Defendants | |

As a limited liability company, plaintiff GF Investments LLC "is a citizen of every state of which its owners/members are citizens" *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). GF's certificate of interested parties (ECF No. 30) does not comply with Federal Rule of Civil Procedure 7.1(a)(2) because it does not identify the citizenship of GF's members as required by the recent amendment to that rule. ECF No. 6.

According to GF's certificate, its sole member is a limited liability company. As such, the citizenship of each individual member of that entity must be identified, "and if these members included partnerships, limited partnerships, or limited liability corporations, the citizenship of each individual member of those entities must be alleged—and so on." *Lindley Contours, LLC v. AABB Fitness Holdings, Inc.*, 414 F. App'x 62, 64 (9th Cir. 2011) (simplified).

I THEREFORE ORDER that plaintiff GF Investments LLC's certificate of interested parties (ECF No. 30) is STRICKEN. By April 28, 2023, plaintiff GF Investments LLC must file a corrected certificate of interested parties that complies with Federal Rule of Civil Procedure 7.1(a)(2).

DATED this 14th day of April, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE