**ANDERSEN & BEEDE**
Michael N. Beede, Esq.
Nevada Bar No. 13068
Email: *mike@aandblaw.com*
3199 E. Warm Springs Rd., Ste. 400
Las Vegas, Nevada 89120
Phone:  702-522-1992
Fax:      702-825-2824
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| GF INVESTMENTS LLC,<br><br>                Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC D/B/A/ MR. COOPER; RIVERSOURCE LIFE INSURANCE COMPANY; JOSEPH A. ALBANO; DEBRA M. ALBANO; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>                Defendants. | CASE NO. 2:23-cv-00145-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS RESPONSE TO NATIONSTAR MORTGAGE LLC, DBA MR. COOPER'S MOTION TO DISMISS [ECF NO. 7] AND TO EXPUNGE THE LIS PENDENS [ECF NO. 8]**<br><br>**(FIFTH REQUEST)** |

Plaintiff, GF Investments LLC (hereinafter "Plaintiff"), by and through its attorney of record, Michael N. Beede, Esq. of the law firm Andersen & Beede; and Defendant Nationstar Mortgage LLC, dba Mr. Cooper ("Nationstar"), by and through its attorney of record, Brody R. Wight, Esq. of the law firm Troutman Pepper Hamilton Sanders LLP, hereby stipulate as follows:

The Parties previously stipulated (ECF No. 24) to extend the deadline for Plaintiff to file its response to Nationstar's Motion to Dismiss (ECF No. 7) and to Expunge the Lis Pendens (ECF No. 8) from April 6, 2023 to May 9, 2023. The Court entered an order (ECF No. 25) consistent with the Parties' stipulation on April 6, 2023.



The Parties agree to further extend the deadline for Plaintiff to file its response to Nationstar's Motion to Dismiss (ECF No. 7) and to Expunge the Lis Pendens (ECF No. 8) from May 9, 2023 to June 20, 2023. The parties are actively pursuing settlement and are optimistic that this extension will facilitate those efforts.

The parties agree that Nationstar shall have until July 5, 2023, to file any reply to the motions.

This is the Parties' fifth request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 4th day of May, 2023.

ANDERSEN & BEEDE, LLC

/s/ Michael Beede
Michael N. Beede, Esq.
Nevada Bar No. 13068
3199 E. Warm Springs Rd., Ste. 400
Las Vegas, Nevada 89120
*Attorney for Plaintiff, GF Investments LLC*

DATED this 4th day of May, 2023.

TROUTMAN PEPPER HAMILTON SANDERS LLP

/s/ Brody R. Wight
Brody R. Wight, Esq.
Nevada Bar No. 13615
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
*Attorney for Defendant, Nationstar Mortgage LLC, dba Mr. Cooper*

**ORDER**

IT IS SO ORDERED.

Dated this 5th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE