# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GF INVESTMENTS LLC,

    Plaintiff

v.

NATIONSTAR MORTGAGE LLC, et al.,

    Defendants

Case No.: 2:23-cv-00145-APG-VCF

**Order**

    Defendant Nationstar Mortgage LLC removed this action from state court based on diversity jurisdiction. ECF No. 1.  I ordered plaintiff GF Investments LLC to address the fraudulent joinder arguments in Nationstar's notice of removal with respect to defendants Joseph A. Albano, Debra M. Albano, and Riversource Life Insurance Company. ECF No. 31.  GF did so. ECF No. 33.  Based on GF's response, I ordered Nationstar to show cause why this case should not be remanded for lack of subject matter jurisdiction. ECF No. 34.  Nationstar did not respond to my order.  As the party seeking to invoke this court's jurisdiction, Nationstar bears the burden of establishing jurisdiction exists. *See Naffe v. Frey*, 789 F.3d 1030, 1040 (9th Cir. 2015).  It failed to respond and consequently has not met its burden of showing that subject matter jurisdiction exists.

    I THEREFORE ORDER that the case is remanded to the state court from which it was removed for all further proceedings.  The clerk of the court is instructed to close this case.

    DATED this 24th day of May, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE